FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 30, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER ELAINE KEATING,<br><br>Defendant. | No. 2:19-CR-00111-WFN-10<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR RELEASE TO INPATIENT TREATMENT AND MOTION TO SEAL<br><br>**MOTIONS GRANTED**<br>    **(ECF Nos. 302, 304)** |

Before the Court is Defendant's Unopposed Motion for Release to Inpatient Treatment, **ECF No. 302** and Motion to Seal, **ECF No. 304**. Defendant recites in her motion that neither the United States, nor U.S. Probation oppose this request.

Specifically, Defendant requests permission to be **released to Pioneer Services on November 6, 2019.**

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 302**, is **GRANTED**. *PROVIDED* that Defendant's treatment and release from custody is on the express condition that treatment not hinder or delay the adjudication of this case, and that Defendant attend court in person when required regardless of treatment status, and maintain adequate contact with defense counsel.

Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office

ORDER - 1

and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

If Defendant terminates any treatment program before it is completed, the treatment provider and Defendant shall immediately notify the U.S. Probation Officer, and Defendant shall immediately return to the custody of the U.S. Marshal.

Pretrial Services will monitor Defendant while in treatment. Defendant shall comply with all directives of the U.S. Probation Officer. Defendant shall comply with the following conditions during treatment.

## STANDARD CONDITIONS OF RELEASE

**(1)** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**(2)** Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**(3)** Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

**(5)** Defendant shall not possess a firearm, destructive device or other dangerous weapon.

**(6)** Defendant shall report to the United States Probation Office at such times and in such manner as they direct.

**(7)** Defendant shall contact defense counsel at least once a week.

ORDER - 2

**(8)** Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

**(9)** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

On or before **December 2, 2019**, Defendant shall file a status report updating her treatment progress and advising of the date inpatient treatment will be completed.

Defendant shall be released to Pioneer Services staff at **10:00 a.m. on November 6, 2019**. Prior to release, Defendant shall complete and sign the A.O. Form 199C.

Defendant's Motion to Seal, **ECF No. 304**, is also **GRANTED.**

Absent further order of the Court, Defendant shall return herself to the custody of the U.S. Marshal upon completion or early termination of treatment.

**IT IS SO ORDERED.**

DATED October 30, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE