UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2020

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Keating, Heather Elaine | Docket No. | 0980 2:19CR00111-WFN -10 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Heather Elaine Keating, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 2 day of December 2019, under the following conditions:

**Standard Condition #6**: Defendant shall report to the United States Probation office before and immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Special Condition #26, Outpatient Treatment**: Defendant shall participate in an outpatient substance abuse treatment program as directed by Pretrial Services.

**Special Condition #27, Prohibited Substance Testing**: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Prertial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service officer for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibiting substance screening and testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Heather Elaine Keating is considered to be in violation of standard condition number 6 by failing to follow this officer's directive to call every Monday.

On December 4, 2019, this officer met Ms. Keating at her release residence, 938 Lowery Drive NE, Moses Lake, Washington, and reviewed the pretrial release conditions along with the additional reporting instructions outlined in form PS7. The defendant verbalized an understanding of the conditions and the reporting instruction and signed the documents. She was provided copies of the signed documents.

Ms. Keating failed to call this officer as directed on December 9, 16, 23, and 30, 2019. She also failed to call this officer as directed on January 6, 2020.

**Violation #2:** Heather Elaine Keating is considered to be in violation of standard condition number 6 by failing to contact this officer as directed.

On December 4, 2019, this officer met Ms. Keating at her release residence, 938 Lowery Drive NE, Moses Lake, Washington, and reviewed the pretrial release conditions along with the additional reporting instructions outlined in form PS7. The defendant verbalized an understanding of the conditions and the reporting instruction and signed the documents. She was provided copies of the signed documents.

Ms. Keating failed to call this officer as directed on December 18 and 20, 2019. To date, this officer has not spoken with Ms. Keating since our first meeting on December 4, 2019.

**Re: Keating, Heather Elaine**
**January 7, 2020**
**Page 2**

**Violation #3:** Heather Elaine Keating is considered to be in violation of special condition number 26 by failing to attend her intake substance abuse treatment appointment at the Grant County Prevention and Recovery Center (PARC) on December 17, 2019.

On December 4, 2019, this officer met Ms. Keating at her release residence, 938 Lowery Drive NE, Moses Lake, Washington, and reviewed the pretrial release conditions along with the additional reporting instructions outlined in form PS7. The defendant verbalized an understanding of the conditions and the reporting instruction and signed the documents. She was provided copies of the signed documents.

This officer spoke with the staff at PARC who indicated Ms. Keating failed to attend her intake appointment on December 17, 2019. The staff at PARC has had no contact with Ms. Keating.

**Violation #4:** Heather Elaine Keating is considered to be in violation of special condition number 27 by submitting a random urine sample on December 6, 2019, at Social Treatment Opportunity Program (STOP), which was presumptive positive for amphetamine. The specimen was confirmed through laboratory analysis on December 28, 2019, to be positive for amphetamine.

On December 4, 2019, this officer met Ms. Keating at her release residence, 938 Lowery Drive NE, Moses Lake, Washington, and reviewed the pretrial release conditions along with the additional reporting instructions outlined in form PS7. The defendant verbalized an understanding of the conditions and the reporting instruction and signed the documents. She was provided copies of the signed documents.

Ms. Keating was referred to STOP for random urinalysis testing on December 4, 2019. She provided a random urine specimen on December 6, 2019, at STOP. The sample was presumptive positive for amphetamine. The sample was confirmed positive for amphetamine through laboratory analysis on December 28, 2019.

**Violation #5:** Heather Elaine Keating is considered to be in violation of special condition number 27 by failing to submit a random urine sample on December 30, 2019, at Social Treatment Opportunity Program (STOP).

On December 4, 2019, this officer met Ms. Keating at her release residence, 938 Lowery Drive NE, Moses Lake, Washington, and reviewed the pretrial release conditions along with the additional reporting instructions outlined in form PS7. The defendant verbalized an understanding of the conditions and the reporting instruction and signed the documents. She was provided copies of the signed documents.

Ms. Keating was referred to STOP for random urinalysis testing on December 4, 2019. She failed to attend her random urine test on December 30, 2019, at STOP.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    January 7, 2020

by    s/Stephen Krous

Stephen Krous
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

January 7, 2020
_____
Date